Cival Suite

RECEIVED JUN 12 2024 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA

Us district court of Iowa. 06/10/2024.      .122 east walnut st.
.Des Moines iowa 50309.
.cases,fecr013626,srin030439,agin033960,fecr014647.
.the defendant is submitting a request for a civil suite on the above cases.
.the district court committed fraud on the court on srin030439 and it was withdrawn from on 02/01/2023,all judgements and orders are void from the defendant with dawing.judge daily was made to rexuseon02/01/2023.the district court again committed fraud on the court when they put the plea deal and one judgement on agin033960 and claimed it to be valid.that is fraud on the court.the defendant will show in the cival suit it was withdrawn from and void.
.                          .the district court committed fraud on the court on fecr013626 when they took one count of stalking put on me bye the district court on 02/10/2022 and arrested at the courthouse on 02/10/2022 for the stalking charge.i bonded on 02/10/2022.the district court then altered the date of arrest and place of arrest and put in several documents that I was arrested at Walmart for stalking on 01/16/2022.this is incorrect and I have a bondsman and documents to show the district court committed fraud on the court,fraud on the court was placed on the plea deal dated 07/11/2023 and judgements and orders of the court.the district court would not uphold the law and admit the plea deal was void when the documents were placed to the district court to show the fraud.the district court cannot unvoid the void judgements or orders of the court,the defendant does not have to appeal and did not appeal.the court took one count of stalking and found me quilty of four counts of stalking.they then found me quilty of one count indecent exposure that they removed cascinda rodriqueze from and put a minor Diana neary on this indecent.fraud on the court.diaba neary admitted she seen nothing and her indecent was dismissed bye the court along with meagon rodriqueze indecent was dismissed for the same reason.the final count of indecent exposure was over its year and they took it and altered the sopposed victim on this charge and put Diana neary,that's also fraud on the court.that makes all judgements void and orders of the court.void on plea deal 07/11/2023,also no signatures on plea deal submitted on 07/10/2023,the plea deal must be signed before going on to written plea of quilt,otherwise you have no idea what your pleasing too.written plea was not signed bye me.i will show that the plea deal is fraud on the court and all judgements are void and orders of the court are void,also forced registery of sex registery is also void.
.all judgements on cases agin033960 and fecr014647 are also void becouse the plea deal 07/11/2023 is void and registery is void,you cannot find the defendant quilty with void judgements and orders of the court and void registery.i will show the plea deal to be void,
.                          .also with no documents from the defendant the district court sent me a document saying they no longer have jurisdiction from 12/22/2023,so all judgements are void with no jurisdiction also.
.the district court removed three stalking and an indecent exposure and found me quilty of these in. Agin033960 class b felonys,they already had judgements from plea deal 07/11/2023 even though there void from fraud on the court.thats double jeapardy which voids the judgements and the charges on agin033960.all judgements are void along with sex registery being void.
.I motion the court to have a jury with this cival suites,code 7 of right to have a jury in the suit.
.I motion the court to make a court order for the district court to submit the documents from the stanographer.also the video from 01/16/2022 of Walmart inside and out.

.I have submitted a waiver of fees due to being unemployed and found indiganent bye the district court.
.fraud on the court has been done bye the district court and intentionally.fraud on the court is void on inception and the judgements are void and orders of the court are void as well as sex registery..the district court holds no legal hold on the defendant.
.06/10/2024 signed mark easton

# UNITED STATES DISTRICT COURT
for the

)
)
)
Mark Easton )
_____ )
Plaintiff(s) )
v. ) Civil Action No.
)
)
)
Wapello County District Court )
_____ )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Wapello County District Court
101 W. 4th St
Ottumwa IA 52501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6-10-24

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

  ❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

  ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

  ❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

  ❏ I returned the summons unexecuted because _____ ; or

  ❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

               _____
                   *Server's signature*

               _____
                   *Printed name and title*

               _____
                   *Server's address*

Additional information regarding attempted service, etc:

Mark Easton
1953 Chester Ave
Ottumwa IA 52501



US POSTAGE AND FEES PAID
GROUND ADVANTAGE
Jun 10 2024
Mailed from ZIP 52501
8 OZ GROUND ADVANTAGE RATE
ZONE 2
10581095
Commercial

06280001442042

**USPS GROUND ADVANTAGE**

MARK EASTON
1953 CHESTER AVE
OTTUMWA IA 52501

C101

Shipped using PostalMate
Pkg:10384170

SHIP TO:

**US DISTRICT COURT**
**123 E WALNUT ST**
**DES MOINES IA 50309-2084**



USPS TRACKING #

9400 1112 0621 0203 3348 55