

Us district court of Iowa. 06/25/2024.     .123 east walnut st.
.Des Moines Iowa 50309.                      .
.plaintiff mark easton                        .1953 chester ave.
.ottumwa iowa 52501.                          .

PLAINTIFF _ case .4:24-cv-00196- smr-hca
.lthe defendant is puting fraud on the court on the us district court in Des Moines Iowa,also due process violations and taking a defendants civil suite and being bias to the defendant and denying him his cival suite and rights to this civil suite as described bye law bye commiting fraud upon the court and due process violations.also his cival rights to show the defendant has been wronged bye the courts.the district court has committed fraud,the us district court has committed fraud and the appelete court has com.ited fraud and so has the supreme court and the county attorney's office.thats retaliation and bias behavior and abuse of power.the courts have also committed inhumane practices on the defendant.they have taken my ability to get a job and pay my way of every day expenses purposely with fraud on the court.the judicial.process and the laws of the united states' were made to uphold the laws for the citizens of the united states'.no court in the united states' has the authority to take an indaviduals life from him with fraudelant charges and altered documents and false witnesses also the courts are doing this with the intent to harm the defendant.they want me to be pennyless and homeless  and entirely dependent on the court and government agency's.thats why all the charges daily made up and put in my background have enabled him to do what I call inhuman treatment.he made the charges up and put fines on them.now,abuse of power is making up charges and puting fines on these charges to steal the defendants money entitled to my opinion.what would you call it.the judge knowing the charges are false and still puting 15,500 dallors in fines on them.what does that tell you,that tells me that the court is purposely trying to harm the defendant and use abuse of power.then all charges from 07/11/2023     to date are fraudelant and fraud on the court but still the court does not uphold the law when they broke the law.the court put fines on these whether found quilty bye fraud or dismissed becouse they didn't hold a trial or plea deal and found the quilty of charges and he didn't even know it.what right does the court have to steal my money.its not disrespect,it's fact. That they did what I say.see there's such a thing as making an example of something but not completely destroying the defendants life.but the court has shown that they could care less about what they do to an indavidual when the defendant has already shown the judgements and sex registery to be fraudelant and void.fraud on the court voided all judgements and orders of the court but the district court would not uphold the law and forced the defendant to adhere to there rules and registery the whole time puting more fraudelant charges on him.see the sad thing is I can prove all judgements and orders to be fraudelant and void.every time I show the fraud the appelete court makes up.some document excuse to try to bypass it and still do more fraud on the court.both the district court and appelete court has had all the documents in front of them and know that the defendant is correct but they will.not uphold the law.there is no court in the world that can say,well we know he's not quilty but the heck with it were not upholding the law so he's quilty whether he likes it or not.im asking who gave them the authority to take an innocent persond rights.as far as I know the constitution states that the people will have there rights upheld and no court shall use abuse of power to do so.see that's the problem,all three courts know I'm innocent,so to.make sure that I don't get the judgements voided and orders of the court voided. D sex registery voided they throw my cival suites out and

don't ha e probable couse or the authority to do so.ill beat that makes them proud of them selves.make a defendant starve and not be able to fend for himself so that the court can say he needs to go to.prison becouse he can't pay his way,well the court done it not me.that is inhumane treatment of a defendant.inhumane means leave his capacity like this do we can do what we want.your taking an indavidual a human being and saying to bad,die.nw,I put my cival suites in and the court took this and said,dismissed becouse he didn't show proof of his accusations.i don't have too.thats what discovery is for,the process is file your complaint and the summons,the court will then send the summons back signed bye the court and the plaintiff will have it served on the defendant.it doesn't say anything about I have to prove my allegations it says the oppSite.but yet the us district court took it and dismissed it without any documents to say about the fraud and then on the same day found for the defendant.well how did you do this,it's impossible,you had a complaint a summons and a waiver of fees.how did you come to the conclusion the defendant winz.they haven't even been Served with a summons.you see that's bias fraud on the court and due process violations all to harm the defendant with the intent to use abuse of power.the us district court has shown beyond a shadow of a doudt there bias,they have shown the fraud on the court ow with all four courts.hen will my rights be upheld.w. Now becouse the court is doing fraud and false charges there intent is to control me,but your controlling an innocent person and you know it.no court can or would take a complaint and do what the court has done and not be saying to bad,we're going to force control you.ive followed the law and done my fraud on the court my appeals and motions ith the law on my side,just not the court.im  entitled to my civil suite with a jury to show the fraud of the district court and have the jury agree that the judgements and orders of the court are void,they were void on inception and of no legal recourse,the district court  cannot unvoid the void and the appelete cannot go into the merits and must void the void if you would appeal which I did not send an appeal,i sent a motion to have the appelete uphold the law.you can send a motion on anything that dismisses voids or shows the judgement to be invalid therefore it's not an appeal.th court have made this what it is,I'm innocent and my life must be given back.im a human being and this human does not deserve anything the courts are doing and especially when the courts are just waiting for the opportunity to say well your going to prison when I'm innocent.you can see it in every judgement the courts have fraudelantly made up.ow let me ask if I'm wrong,which I'm not,why did the us district court do what they did.see I had a life before the courts decided to do what they have done and they took it away with fraud.the courts have done inhumane treatment to a defendant,due processes violations and fraud on the court and abuse of process,abuse of power,vindictive prosecution,intent to harm the defendant.forced control,false arrests,false witnesses,abused the defendant,ritaculed the defendant,false charges on background,charged the defendant fines and costs and restitutions that don't exist.bias,recusal violations,altering hearings to keep from voiding charges.and last but not least violating my right to fair and the to justice in the united states' courts.when i say this is for my benefit only,m gonna go public with what the courts have done.the people need to know what kind of judicial system we have in the united states'.so the plaintiff is puting fraud on the court on the us district court for not upholding the rights of the plaintiff,bias on the court for knowingly dismissing his cival suites and finding for the defendant with out a justification or legal reason.also due process violations,inhumane treatment to a plaintiff with intent to harm,and

abuse of process with the recusal of the judge in the us district court that denied my rights as a United States citizen,                          .06/25/2024 signed mark easton

MARK EASTON
1953 Chester Ave
Ottomwa GA S501

"X-RAYED & CLEARED BY U.S.M.S."

DES MOINES IA  500
28 JUN 2024  PM 2  L

Dog Bite
Awareness
#Dog

UniTed STATES DISTRICT COURT
P.O Box 9344
DES moines IA
50306-9344

50308-934444